DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DALLAS SEYMOUR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3815

[January 11, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 13-9529 CF10A.

Dallas Seymour, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*